Pat Esquivel AZ State Bar 015048
JEROLD KAPLAN LAW OFFICE, P.C.
2738 E Washington Street
Phoenix, AZ 85034
TEL  (602) 258-8433
FAX  (602) 258-4302
Email:  pesquivel@kdelaw.com

JOSEPH J. LICO, BAR # 028442
ADAM L. PLOTKIN, P.C.
621 Seventeenth Street, Suite 1800
Denver, CO 80293
TEL (303) 302-6864
FAX (303) 302-6864
Email:  jlico@alp-pc.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| RICHARD SHUPE and MARIA SHUPE | Case No.: |
| Plaintiffs, | |
| v. | |
| CBE GROUP | **NOTICE OF REMOVAL** |
| Defendant. | |

Defendant CBE Group, ("CBE") hereby gives notice of the removal to the United States District Court for the District of Arizona, of the claims that have been asserted against CBE in the above-entitled action from the Superior Court, County of Pima, State of Arizona, Case No. **C20112834**.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446.  As grounds for removal, CBE states:

　　　　1.　　On or about April 18, 2011, Richard and Maria Shupe ("Plaintiff") filed the Complaint in this action in the Superior Court, County of Pima, State of Arizona, Case No. C20112834 ("State Court Action").

2. CBE was served with a Summons and copy of the Complaint on April 21, 2011. Copies of the Summons and Complaint are attached hereto as Exhibit A.

3. No other process, pleadings, or orders have been served on Defendant.

4. Removal is therefore timely under 28 U.S.C. § 1446(b), because this Notice is filed within 30 days after service upon CBE of a copy of the Complaint. *See Murphy Brothers, Inc.* v. *Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 347-48 (1999) ("[W]e hold that a named defendant's time to remove is triggered by simultaneous service of the summons and complaint, or receipt of the complaint, 'through service or otherwise,' after and apart from service of the summons, but not by mere receipt of the complaint unattended by any formal service. ").

5. Plaintiff's Complaint purports to set forth a cause of action under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et. seq.*

6. This Court has original jurisdiction over Plaintiff's cause of action based upon 15 U.S.C. §§ 1692 *et. seq.*, as set forth in 28 U.S.C. § 1331, 15 U.S.C. § 1692k(d), and 15 U.S.C. § 1681p. Based on this Court's original jurisdiction under 28 U.S.C. § 1331, the Court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiff's state law claims.

7. Pursuant to 28 U.S.C. § 1441, therefore, this civil action pending in the State Court is removable to this Court.

8. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the filing of Defendant's Notice of Removal to Plaintiffs via U.S. Mail on this date, and has also forwarded a Notice of Filing of Notice of Removal for filing with the Clerk of the State Court.

9. Also filed concurrently herewith is an Appendix containing copies of all process and pleadings in the State Court Action. This Appendix, and the related documents, are attached hereto as Exhibit B.

WHEREFORE, Defendant CBE Group respectfully requests that this Notice of Removal be filed, the State Court Action be removed and to proceed hereafter in this Court, and no further proceedings be had in the Superior Court of the State of Arizona.

RESPECTFULLY SUBMITTED this 11th day of May, 2011.

ADAM L. PLOTKIN, P.C.

By: s/ Joseph J. Lico, Esq.
Joseph J. Lico, Esq. #028442
621 Seventeenth Street, Suite 1800
Denver, Colorado 80293
Telephone: (303) 302-6864
FAX: (303) 302-6864
E-mail: jlico@alp-pc.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and placed a copy in the U.S. Mail Postage pre-paid to the following address:

Richard & Maria Shupe
3657 S. Double Echo Rd.
Tucson, AZ 85735

By:   s/ Joseph J. Lico, Esq.
Joseph J. Lico